Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-31849 (ABA)**

Keith A. Holmes and Gwenna L. Holmes  
34 Tall Oaks Drive  
Laurel Springs, NJ  08021-4829

Monthly Payment: $1,331.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11/20/2018 | $1,331.00 | 12/14/2018 | $1,331.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KEITH A. HOLMES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $4,450.00 | $3,665.58 | $784.42 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $24,294.95 | $0.00 | $24,294.95 | $0.00 |
| 3 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $4,077.88 | $0.00 | $4,077.88 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $11,410.09 | $0.00 | $11,410.09 | $0.00 |
| 6 | FIFTH THIRD BANK | 24 | $20.00 | $0.00 | $20.00 | $0.00 |
| 7 | FIFTH THIRD BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $5,838.54 | $0.00 | $5,838.54 | $0.00 |
| 9 | CAPITAL ONE, N.A. | 33 | $3,051.67 | $0.00 | $3,051.67 | $0.00 |
| 10 | KOHLS/CAPONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MALVERN INSTITUTE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PHH MORTGAGE CORPORATION | 24 | $1,523.21 | $0.00 | $1,523.21 | $0.00 |
| 13 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NAVIENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NATIONSTAR MORTGAGE, LLC | 24 | $2,635.12 | $0.00 | $2,635.12 | $0.00 |
| 20 | USAA FED SVNG/NATIONST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | USAA FEDERAL SAVINGS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | USAA SAVINGS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO DEALER SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO DEALER SVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | GWENNA L HOLMES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | RONALD E. NORMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 33 | $106.35 | $0.00 | $106.35 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | CITIBANK, N.A. | 33 | $9,185.89 | $0.00 | $9,185.89 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2018 | 60.00 | $1,331.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,662.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | RONALD E. NORMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**