Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-31849 (ABA)**

Keith A. Holmes and Gwenna L. Holmes  
34 Tall Oaks Drive  
Laurel Springs, NJ  08021-4829

Monthly Payment: $1,331.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2019 | $1,331.00 | 02/15/2019 | $1,331.00 | 03/29/2019 | $1,331.00 | 04/26/2019 | $1,331.00 |
| 06/03/2019 | $1,331.00 | 06/21/2019 | $1,331.00 | 07/22/2019 | $1,331.00 | 08/19/2019 | $1,331.00 |
| 09/16/2019 | $1,331.00 | 10/25/2019 | $1,331.00 | 11/22/2019 | $1,331.00 | 12/23/2019 | $1,331.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KEITH A. HOLMES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $4,450.00 | $4,450.00 | $0.00 | $4,450.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $24,294.95 | $665.53 | $23,629.42 | $93.57 |
| 3 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $4,077.88 | $111.71 | $3,966.17 | $15.71 |
| 5 | LVNV FUNDING, LLC | 33 | $11,410.09 | $312.56 | $11,097.53 | $43.95 |
| 6 | FIFTH THIRD BANK | 24 | $20.00 | $20.00 | $0.00 | $20.00 |
| 7 | FIFTH THIRD BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $5,838.54 | $5,838.54 | $0.00 | $5,838.54 |
| 9 | CAPITAL ONE, N.A. | 33 | $3,051.67 | $83.60 | $2,968.07 | $11.75 |
| 10 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MALVERN INSTITUTE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PHH MORTGAGE CORPORATION | 24 | $1,523.21 | $1,523.21 | $0.00 | $1,523.21 |
| 13 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NAVIENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NATIONSTAR MORTGAGE, LLC | 24 | $2,635.12 | $2,635.12 | $0.00 | $2,635.12 |
| 20 | USAA FED SVNG/NATIONST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | USAA FEDERAL SAVINGS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | USAA SAVINGS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO DEALER SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO DEALER SVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | GWENNA L HOLMES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | RONALD E. NORMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 33 | $106.35 | $2.91 | $103.44 | $0.41 |
| 29 | CITIBANK, N.A. | 33 | $9,185.89 | $251.64 | $8,934.25 | $35.38 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2018 | 60.00 | $1,331.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,972.00 |
| Total paid to creditors this period: | $14,667.64 |
| Undistributed Funds on Hand: | $1,227.18 |
| Arrearages: | $0.00 |
| Attorney: | RONALD E. NORMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**