| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor USAA Federal Savings Bank<br>Harold Kaplan  HK0226 | |
| In Re:<br><br>**Keith A. Holmes**<br><br>**Gwenna L Holmes,**<br><br>       Debtors, | Case No.:    **18-31849-ABA**<br><br>Chapter:     13<br><br>Judge:    Andrew B. Altenburg Jr. |

## USAA FEDERAL SAVINGS BANK'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor USAA Federal Savings Bank ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 04/01/2020 through 09/01/2020. Creditor holds a secured interest in real property commonly known as 34 TALL OAKS DR, CLEMENTON  New Jersey  08021 as evidenced by claim number 5 on the Court's claim register. Creditor, at this time, does not waive any rights to

collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

By: /s/ Harold N. Kaplan
Harold N. Kaplan, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor USAA Federal Savings Bank
ATTY, Esq. BAR #

In Re:

**Keith A. Holmes**

**Gwenna L Holmes,**

    Debtors,

Case No.:   **18-31849-ABA**

Chapter:   13

Judge:   Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan , represent USAA Federal Savings Bank in this matter.
2. On May 12, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Notice Of Debtor's Request For Forbearance Due To The Covid-19 Pandemic.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 1, 2020

                RAS Citron, LLC
                Attorney for Secured Creditor
                130 Clinton Road, Suite 202
                Fairfield, NJ 07004
                Telephone Number 470-321-7112
                By: /s/ Harold N. Kaplan_____
                Harold N. Kaplan, Esquire

Bar ID: HK0226
Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Ronald E. Norman**<br>Law Office of Ronald E. Norman<br>Washington Professional Campus II<br>901 Route 168<br>Suite 407A<br>Turnersville, NJ 08012 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **Keith A. Holmes**<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other |
| **Gwenna L Holmes**<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **Isabel C. Balboa**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **Keith A. Holmes**<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other |

| | | | |
|---|---|---|---|
| | | (as authorized by the court*) | |
| **Keith A. Holmes**<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) | |
| **Keith A. Holmes**<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) | |
| **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |