Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−31849−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith A. Holmes
aka Keith Holmes
34 Tall Oaks Dr
Laurel Springs, NJ 08021−4829

Gwenna L Holmes
aka Gwenna Holmes
34 Tall Oaks Dr
Laurel Springs, NJ 08021−4829

Social Security No.:
xxx−xx−3171                                             xxx−xx−7250

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Keith A. Holmes and Gwenna L Holmes
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 19, 2023
JAN: def

Jeanne Naughton, Clerk