**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keith A. Holmes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3171<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Gwenna L Holmes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7250<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–31849–ABA

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith A. Holmes                                   Gwenna L Holmes
aka Keith Holmes                               aka Gwenna Holmes

8/9/23                                                **By the court:** Andrew B. Altenburg Jr.
                                                                          Andrew B. Altenburg Jr.
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Keith A. Holmes  
Gwenna L Holmes  
    Debtors

Case No. 18-31849-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Aug 09, 2023     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Keith A. Holmes, Gwenna L Holmes, 34 Tall Oaks Dr, Laurel Springs, NJ 08021-4829 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517851067 | | Malvern Institute, PO Box 1043, Blue Bell, PA 19422-0270 |
| 517917193 | + | PNC Bank, National Association, Rebecca A. Solarz, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517851057 | | EDI: BANKAMER.COM | Aug 10 2023 00:15:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517942505 | + | EDI: BANKAMER2.COM | Aug 10 2023 00:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517851059 | | EDI: TSYS2 | Aug 10 2023 00:15:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517851058 | | EDI: TSYS2 | Aug 10 2023 00:15:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517851060 | | EDI: BANKAMER.COM | Aug 10 2023 00:15:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517952871 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 20:45:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517851061 | | EDI: CITICORP.COM | Aug 10 2023 00:15:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517963527 | + | EDI: CITICORP.COM | Aug 10 2023 00:15:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517885825 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 09 2023 20:29:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 517851063 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 09 2023 20:31:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517851062 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 09 2023 20:31:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 517851064 | | EDI: IRS.COM | Aug 10 2023 00:15:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517851065 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2023 20:29:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, |

Case 18-31849-ABA    Doc 49    Filed 08/11/23    Entered 08/12/23 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: 3180W | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | Milwaukee, WI 53201-3120 |
| 517851066 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2023 20:29:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517952264 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2023 20:34:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517851068 | EDI: LCIPHHMRGT | Aug 10 2023 00:15:00 | Mortgage Service Center/Phh Mortgage, Attn: Bankruptcy Department, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519678505 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper Cooper, PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 519678504 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 517851069 | EDI: NAVIENTFKASMSERV.COM | Aug 10 2023 00:15:00 | Navient, Attn: Bankruptcy, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 517851070 | EDI: NAVIENTFKASMSERV.COM | Aug 10 2023 00:15:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517893323 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 09 2023 20:29:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 517888875 | + EDI: LCIPHHMRGT | Aug 10 2023 00:15:00 | PHH Mortgage Corporation, One Mortgage Way Mail Stop SV01, Mt. Laurel, New Jersey 08054-4637 |
| 517963448 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2023 20:29:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 517851072 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2023 20:29:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 517851073 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2023 20:29:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 517961185 | EDI: PRA.COM | Aug 10 2023 00:15:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517851071 | + EDI: LCIPHHMRGT | Aug 10 2023 00:15:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 518999820 | Email/Text: mtgbk@shellpointmtg.com | Aug 09 2023 20:29:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518999819 | Email/Text: mtgbk@shellpointmtg.com | Aug 09 2023 20:29:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517865811 | + Email/Text: RASEBN@raslg.com | Aug 09 2023 20:29:00 | USAA FEDERAL SAVINGS BANK, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517931154 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 20:29:00 | USAA Federal Savings Bank, PO Box 619096, Dallas TX 75261-9096 |
| 517851075 | EDI: USAA.COM | Aug 10 2023 00:15:00 | Usaa Fed Svng/Nationst, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 517851074 | EDI: USAA.COM | Aug 10 2023 00:15:00 | Usaa Fed Svng/Nationst, Attn: Bankruptcy, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 517851076 | EDI: USAA.COM | Aug 10 2023 00:15:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 517851077 | EDI: USAA.COM | Aug 10 2023 00:15:00 | Usaa Savings Bank, PO Box 47504, San Antonio, |

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | | Page 3 of 4 |
| Date Rcvd: Aug 09, 2023 | Form ID: 3180W | | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 517851078 | EDI: WFFC2 | | Aug 10 2023 00:15:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 TX 78265 |
| 517851079 | EDI: WFFC2 | | Aug 10 2023 00:15:00 | Wells Fargo Dealer Svc, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Brian C. Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor USAA Federal Savings Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor PHH MORTGAGE CORPORATION hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | |

District/off: 0312-1     User: admin     Page 4 of 4

Date Rcvd: Aug 09, 2023     Form ID: 3180W     Total Noticed: 43

    on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Nicholas V. Rogers
    on behalf of Creditor PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

Ronald E. Norman
    on behalf of Debtor Keith A. Holmes rnorman@rnormanlaw.com
    ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

Ronald E. Norman
    on behalf of Joint Debtor Gwenna L Holmes rnorman@rnormanlaw.com
    ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

Sindi Mncina
    on behalf of Creditor USAA Federal Savings Bank smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16