Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−31849−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Keith A. Holmes | Gwenna L Holmes |
| aka Keith Holmes | aka Gwenna Holmes |
| 34 Tall Oaks Dr | 34 Tall Oaks Dr |
| Laurel Springs, NJ 08021−4829 | Laurel Springs, NJ 08021−4829 |

Social Security No.:
 xxx−xx−3171                                                       xxx−xx−7250

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 20, 2023</u>                                   <u>Andrew B. Altenburg Jr.</u>
                                                                   <u>Andrew B. Altenburg Jr.</u>
                                                                   Judge, United States Bankruptcy Court